**Order entered June 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00757-CV

### IN RE JAY SANDON COOPER, Relator

**Original Proceeding from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's request to stay the appeal of relator's criminal conviction, No. 05-14-00089-CR. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ADA BROWN
       JUSTICE